AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

**SEALED**

| United States of America | ) |
|---|---|
| v. | ) |
| CHAM LI | ) Case No. 8:25-530-CEH-LSG |
| a/k/a "Tony Li" | ) |
| | ) |
| | ) |
| Defendant | ) |

RECEIVED U.S. MARSHALS
2025 NOV 14 11:11

NOV 24 2025 PM 4:14
FILED - USDC - FLMD - TPA

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     CHAM LI, a/k/a "Tony Li"                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment         ☐ Superseding Indictment      ☐ Information       ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition     ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Violate and Violations of Export Control Reform Act, in violation of 50 U.S.C. § 4819 and 15 C.F.R. §§ 736.2, 742.6, and 764.2;
Smuggling, in violation of 18 U.S.C. §§ 554(a) and 2; and
Conspiracy to Commit Money Laundering, in violation of 18 U.S.C. § 1956(h)

Date:  11/14/2025                                        _____/s/ Amparo Moreno_____
                                                              *Issuing officer's signature*

City and state:          Tampa, FL                      ELIZABETH WARREN, Clerk, United States District Court
                                                              *Printed name and title*  AMPARO MORENO

---

**Return**

This warrant was received on *(date)* 11-14-2025 , and the person was arrested on *(date)* 11-19-2025
at *(city and state)*  OAKLAND, CA                .

Date:  11-24-2025                                       _____
                                                              *Arresting officer's signature*

                                                              MICHAEL GANTNERT DUSAY
                                                              *Printed name and title*