UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

    v.                                        CASE NO.   8:25-cr-530-CEH-LSG
                                                                         4:25-mj-71375-MAG-1

CHAM LI

### UNITED STATES' MOTION FOR AN ORDER REVOKING DEFENDANT'S RELEASE AND TO STAY ORDER OF RELEASE

The United States respectfully moves this Honorable Court, pursuant to 18 U.S.C. § 3145(a)(1), to review the order granting the release of the defendant, Cham Li, revoke that order, and detain Li pending trial. (Attachment A).   The United States submits that under 18 U.S.C. § 3142(e), Li's release poses a risk of nonappearance and a danger to others and to the community.   Further, no combination of conditions will reasonably assure that he will appear before this Court as directed and the safety of any other person and the community.

The United States requests this Honorable Court stay the United States Magistrate Judge's Order from the Northern District of California of release to the extent necessary to permit the parties to brief the matter and enable the Court to examine the record of the proceedings.   The United States respectfully requests a stay of Li's release until Friday, December 5, 2025, so the United States can file a detailed Motion for Review and Revocation of the pre-trial release order, setting forth the basis for the request for detention. If granted, counsel for the United States will file its detailed Motion by close of business on December 5, 2025.

No condition or combination of conditions can be set to secure the safety of the community and Li's future appearance. Wherefore, the United States respectfully requests that this Honorable Court revoke the order granting release and temporarily stay the order of release pending the Court's consideration of this motion and further briefing from the parties.

        Respectfully submitted,

        GREGORY W. KEHOE
        United States Attorney

By:   /s/ *Joseph K. Ruddy*
        JOSEPH K. RUDDY
        Assistant United States Attorney
        USAO No. 037
        400 N. Tampa Street, Suite 3200
        Tampa, Florida 33602-4798
        Telephone: (813) 274-6000
        Facsimile: (813) 274-6358
        E-mail: joseph.ruddy@usdoj.gov

U.S. v. CHAM LI                                              Case No.    8:25-cr-530-CEH-LSG
                                                                         4:25-mj-71375-MAG-1

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Defense Counsel of Record

                                  /s/ *Joseph K. Ruddy*
                                  JOSEPH K. RUDDY
                                  Assistant United States Attorney
                                  USAO No. 037
                                  400 N. Tampa Street, Suite 3200
                                  Tampa, Florida 33602-4798
                                  Telephone: (813) 274-6000
                                  Facsimile: (813) 274-6358
                                  E-mail: joseph.ruddy@usdoj.gov