FILED
DEC 03 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| United States of America | Case No. 25-mj-71375-MAG-1 (KAW) |
|---|---|
| v. | |
| CHAM LI, | Charging District: Middle District of Florida |
| Defendants. | Charging District's Case No.: 8:25-cr-530-CEH-LSG |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. The time and place to appear in that court are as follows:

| Place: 801 North Florida Avenue Tampa, Florida 33602 | Courtroom No.: TBD |
|---|---|
| | Date and Time: TBD |

If the date or time to appear in that court has not yet been set, the defendant must appear when notified to do so.

The clerk is ordered to transfer any bail deposited and interest earned thereon in the registry of this court, plus earned interest, to the clerk of the court where the charges are pending.

Dated: December 3, 2025

_Kandis Westmore_
Kandis A. Westmore
United States District Judge

*Transfer No-Custody CR AO 467 CSA*
*rev. 3-19*