FILED

DEC 03 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHAM LI,<br>  /a/k/a Tony Li,<br><br>Defendant. | Case No. 4:25-mj-71375-MAG [KAW]<br><br>ORDER STAYING RELEASE AND REMOVAL ORDER |

**ORDER**

At the detention hearing held on December 2, 2025, the government requested that the Court's order releasing the defendant on bond be stayed for 48 hours to allow the United States Attorney's Office for the Middle District of Florida to seek an appeal (and/or further stay) of the release order to the assigned district judge in the Middle District of Florida. At the hearing, the Court agreed to stay its release order, as well as the removal order, for 48 hours. For the reasons stated on the record, it HEREBY ORDERED that the release order and the removal order are both stayed until December 5, 2025 at 3:00 p.m. Pacific Time.

IT IS HEREBY ORDERED

DATED: December 3, 2025

_Kandis Westmore_
HONORABLE KANDIS A. WESTMORE
United States Magistrate Judge

STAY OF RELEASE AND REMOVAL ORDER       1
4:25-mj-71375-MAG [KAW]