Case 8:25-cr-00530-CEH-LSG  Document 13  Filed 12/03/25  Page 1 of 1 PageID 196
Case 4:25-mj-71375-MAG  Document 8  Filed 12/02/25  Page 1 of 1

AO 467 (Rev. 01/09; CAND Version 03/19) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

**FILED**
**DEC 03 2025**
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br><br>v.<br><br>CHAM LI,<br><br>Defendants. | Case No. 25-mj-71375-MAG-1 (KAW)<br><br>Charging District: Middle District of Florida<br><br>Charging District's Case No.: 8:25-cr-530-CEH-LSG |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. The time and place to appear in that court are as follows:

| Place:<br>801 North Florida Avenue<br>Tampa, Florida 33602 | Courtroom No.: TBD |
|---|---|
| | Date and Time: TBD |

If the date or time to appear in that court has not yet been set, the defendant must appear when notified to do so.

The clerk is ordered to transfer any bail deposited and interest earned thereon in the registry of this court, plus earned interest, to the clerk of the court where the charges are pending.

Dated: December 3, 2025

*Kandis Westmore*
Kandis A. Westmore
United States District Judge

*Transfer_No-Custody_CR_AO 467_CSA*
*rev. 3-19*