U.S. GOVERNMENT PUBLISHING OFFICE: 2023-771-710

| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA | ORDER SETTING CONDITIONS OF RELEASE AND APPEARANCE BOND | DATE Dec 2, 2025 | CASE NUMBER 4:25-mj-71375-MAG |
|---|---|---|---|
| NAME OF DEFENDANT Cham (Tony) Li | ADDRESS 14234 Tiburon Road, San Leandro, CA | | TELEPHONE NUMBER 813-317-5673 |
| NAME OF ☐ SURETY ☒ CO-SIGNER ☒ CUSTODIAN Shan Ren (Helen) Cua (aunt) | ADDRESS 16304 Dobson Court, Tampa, FL | | TELEPHONE NUMBER 813-317-5613 |
| NAME OF ☐ SURETY ☒ CO-SIGNER ☒ CUSTODIAN Liserin Lau (partner) | ADDRESS 14234 Tiburon Road, San Leandro, CA | | TELEPHONE NUMBER 408-712-5945 |

| AMOUNT OF BOND ☐ PERSONAL RECOGNIZANCE $ | ☐ UNSECURED ☒ SECURED BY $ 75,000 | ☐ DEPOSIT RECEIVED FROM: | ☒ OTHER SECURITY: Property at: 14234 Tiburon Road, San Leandro, CA TO BE POSTED BY: | TIME/DATE OF NEXT APPEARANCE | COURTROOM/JUDGE |
|---|---|---|---|---|---|

## CONDITIONS OF RELEASE AND APPEARANCE

Defendant is subject to each condition checked:

☒ Defendant must appear at all proceedings as ordered by the Court and must surrender for service of any sentence imposed.
☒ Defendant must not commit any federal, state, or local crime.
☒ Defendant must not harass, threaten, intimidate, injure, tamper with, or retaliate against any witness, victim, informant, juror, or officer of the Court, or obstruct any criminal investigation. See 18 U.S.C. §§ 1503, 1510, 1512, and 1513, summarized in attachment.
☒ Defendant must submit to supervision by Pretrial Services and must report immediately upon release and thereafter as directed to Pretrial Services.
☒ Defendant must surrender any passports or other travel documents to Pretrial Services by __12/02/2025__ and must not apply for other passports or travel documents.
☒ Defendant must not possess any firearm, destructive device, or other dangerous weapon.
☒ Defendant must not use alcohol ☒ to excess ☐ at all, and must not use or possess any narcotic or other controlled substance without a legal prescription.
☒ Defendant must continue or actively seek employment, or continue or start an education program approved by Pretrial Services.
☐ Defendant must submit to drug and/or alcohol testing as directed by Pretrial Services.
☐ Defendant must participate in substance abuse treatment, on an outpatient or residential basis, as directed by Pretrial Services.
☐ Defendant must participate in mental health treatment as directed by Pretrial Services.
☒ Defendant must have no contact, directly or indirectly, with any co-defendant outside of the presence of counsel. (See Below)
☒ Defendant must not change residence or telephone number without prior approval of Pretrial Services.
☒ Defendant must remain in the custody of custodian __Liserin Lau__ at __14234 Tiburon Road, San Leandro, CA__. The custodian must supervise defendant and report any violation of a release condition to Pretrial Services. A custodian who fails do so may be prosecuted for contempt.
☐ Defendant must reside in a halfway house at _____ and must comply with all conditions of that facility.
☒ Defendant must comply with the following location restrictions:
　☒ [A] Defendant must not travel outside of: ☒ the Northern District of California (see map on reverse side) ☒ other: __Middle District of Florida for court__.
　☐ [B] Defendant must observe a curfew and remain at his/her residence every day from _____ to _____, except as directed by Pretrial Services.
　☐ [C] Defendant must remain at his/her residence at all times except for (indicate all that apply): employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-approved obligations; or other activities approved in advance ☐ ☐ Pretrial Service ☐ ☐ the Court.
☐ Defendant must submit to location monitoring ☐ by GPS, ☐ by RF, ☐ as directed by Pretrial Services to ensure compliance with:
　☐ All court-ordered location restrictions.
　☐ The following court-ordered location restrictions: _____.
☒ The following conditions also apply:

Names of co-defendants: Hon Ning Ho aka Mathew Ho, Brian Curtis Raymond, and Jing Chen aka Harry Chen. Defendant is to remain in the custody of custodian Shan Ren (Helen) Cua at 16304 Dobson Court, Tampa, FL when Defendant is in Florida for court.

Defendant must contribute to the cost of services provided by Pretrial Services as directed by Pretrial Services.

### CONSEQUENCES OF DEFENDANT'S FAILURE TO OBEY CONDITIONS OF RELEASE AND APPEARANCE

If defendant does not obey these conditions of release and appearance, payment of the full amount of this bond will be due, and all cash or property posted to secure it will be forfeited. Judgment may be entered and executed against defendant and all sureties or co-signers jointly and severally. An arrest warrant for defendant shall issue immediately, and defendant may be detained without bail for the rest of the proceedings. Defendant will be subject to consecutive sentences and fines for failure to appear and/or for committing an offense while on release. See 18 U.S.C. §§ 3146 and 3147, summarized in attachment.

We, the undersigned, have read and understand the terms of this bond and acknowledge that we are bound by it until duly exonerated.

| SIGNATURE OF DEFENDANT | SIGNATURE OF CO-SIGNER/CUSTODIAN Liserin Lau |
|---|---|
| SIGNATURE CO-SIGNER/CUSTODIAN Shan Ren (Helen) Cua | SIGNATURE OF SURETY/CO-SIGNER/CUSTODIAN |
| THIS ORDER AUTHORIZES U.S. MARSHAL TO RELEASE DEFENDANT FROM CUSTODY | SIGNATURE OF MAGISTRATE JUDGE　DATE Dec 2, 2025 |

FILED
DEC 03 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. CR   4:25-mj-71375-MAG |
| Plaintiff, | ) | |
| vs. | ) | CONSENT TO ENTRY OF TRAVEL AND OTHER ORDERS REGARDING CONDITIONS OF RELEASE |
| Cham (Tony) Li | ) | |
| Defendant | ) | |

As a third-party surety on the bail bond in this case I consent to all future orders of the Court permitting, for whatever reason, the Defendant to travel outside of the Northern District of California, or to modify, supplement, or delete Defendant's conditions of release as the Court deems necessary. I further consent to the entry of such orders without further notice to me.

I understand that if the Defendant, while out of this district with the permission of the Court, flees or otherwise commits a breach of the bail bond conditions, I will be subject to a civil judgement for the amount of the bail, and all property I have posted with the Court to secure the bail will be ordered forfeited to the United States.

DATED: Dec 2, 2025

Liserin Lau   ☐ SURETY   ☒ CO-SIGNER   ☒ CUSTODIAN

DATED: 12/3/25

Kandis Westmore for Shan Ren Cua with permission via Zoom.

Shan Ren (Helen) Cua   ☐ SURETY   ☒ CO-SIGNER   ☒ CUSTODIAN

DATED: _____

☐ SURETY   ☐ CO-SIGNER   ☐ CUSTODIAN

DATED: _____

☐ SURETY   ☐ CO-SIGNER   ☐ CUSTODIAN

**FEDERAL JUDICIAL DISTRICTS IN CALIFORNIA**



**FEDERAL PRETRIAL SERVICES NORTHERN DISTRICT**

U.S. Pretrial Services
450 Golden Gate Ave., Room 18-5497
San Francisco, CA 94102
(415) 436-7500/436-7501

U.S. Pretrial Services
280 S. First Street, Suite 111
San Jose, CA 95113
(408) 535-5222/535-5229

U.S. Pretrial Services
1301 Clay Street, Suite 100C
Oakland, CA 94612
(510) 637-3750/637-3751

U.S. Pretrial Services
777 Sonoma Ave., Suite 329
Santa Rosa, CA 95404
(707) 523-3512

**Defendant is advised of the following penalties and sanctions:**

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than ten years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.