UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                              Case No.: 8:25-cr-530-CEH-LSG

CHAM LI, a/k/a Tony Li,

    Defendant.
_____/

### ORDER

The defendant's first appearance in this case occurred in the Northern District of California. Following a December 2, 2025, detention hearing in that district, a December 3, 2025, order grants the defendant a conditional release. Docs. 38-4, 38-5; *United States v. Cham Li*, Case No. 4:25-mj-71375, Doc. 14. The United States moved, and the presiding judge granted, a stay of the defendant's release through December 5, 2025, pending review or a further stay in this district. Doc. 38-4.

The United States moves under 18 U.S.C. § 3145(a)(1) for review of the conditional release order and for a further stay of the defendant's release pending that review. Docs. 38. The motion is **GRANTED**, and the conditional release order, Doc. 38-5 is **STAYED** pending the defendant's removal to this district, after which a detention hearing for review of the release order will occur. The United States must file its brief in support of revoking the conditional release order no later than **December 8, 2025**.

1

**ORDERED** in Tampa, Florida, on this 4th day of December, 2025.

_____
LINDSAY S. GRIFFIN
United States Magistrate Judge