UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.    CASE NO. 8:25-cr-00530-CEH-LSG

CHAM LI

### NOTICE OF FILING

The United States hereby provides the Court with transcripts of the hearings that took place on November 20, 2025, November 25, 2025, and December 2, 2025 in *United States of America v. Cham Li*, 4:25-mj-71375-MAG-1.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:   /s/Joseph K. Ruddy
Joseph K. Ruddy
Assistant United States Attorney
United States Attorney No. 037
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Joseph.Ruddy@usdoj.gov

U.S. v. Li                                              Case No. 8:25-cr-00530-CEH-LSG

## CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Counsel of Record

                                    */s/Joseph K. Ruddy*
                                    Joseph K. Ruddy
                                    Assistant United States Attorney
                                    United States Attorney No. 037
                                    400 N. Tampa Street, Suite 3200
                                    Tampa, Florida 33602-4798
                                    Telephone: (813) 274-6000
                                    Facsimile: (813) 274-6358
                                    E-mail: Joseph.Ruddy@usdoj.gov